FILED
October 10, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:02-cr-298 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Abdullah Hadi, ) | |
| ) | |
| _____ ) | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Abdullah Hadi   Case 2:02-cr-298 MCE  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   _X_   Release on Personal Recognizance

   _     Bail Posted in the Sum of _____

   _X_   $50,000 Unsecured bond

   _     Appearance Bond with 10% Deposit

   _     Appearance Bond secured by Real Property

   _     Corporate Surety Bail Bond

   _X_   (Other)  PTS conditions/supervision 

Issued at  Sacramento, CA  on 10/10/06    at  2:25 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge